UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE DARNELL BOYD, #254824,

       Petitioner,

v.

       Case No. 18-cv-11593
       Hon. Matthew F. Leitman

RANDEE REWUERTS,

       Respondent.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus and a motion for bond. In accordance with the Opinion and Order entered on this date:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion for bond is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **DENIED**.

       DAVID J. WEAVER
       CLERK OF THE COURT

       By:  s/Holly A. Monda
       Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

       Dated:  July 23, 2020
       Flint, Michigan